UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

WHITE STAR PAINTING CO, INC.   Chapter 7
                               Case No. 16-44457-mar
                               Hon. Mark A. Randon

                Debtor(s)
_____/

KENNETH NATHAN, TRUSTEE,

   Plaintiff,   Adv. Proc. No. 17-04648

v.

CHRISTIAN FINANCIAL CREDIT UNION,

   Defendant.
_____/

## DEFAULT JUDGMENT AGAINST DEFENDANT, CHRISTIAN FINANCIAL CREDIT UNION

THIS MATTER having come before the Court upon Plaintiff's Application for Entry of Default Judgment against Defendant based upon their failure to timely answer Plaintiff's Complaint, the Court being duly advised in the premises:

IT IS HEREBY ORDERED that Default Judgment is entered in favor of the Plaintiff, against the Defendant, Christian Financial Credit Union, in the amount not less than $8,000.00, in addition to costs, interest, and attorney's fees.

IT IS FURTHER ORDERED that pursuant to 11 U.S.C. § 502(d), the Court disallow any present or future claims Defendant may have against Debtor's estate.

**Signed on October 20, 2017**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**