UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

WHITE STAR PAINTING CO, INC.            Chapter 7
                                           Case No. 16-44457-mar
                                           Hon. Mark A. Randon

                     Debtor(s)
_____/

KENNETH NATHAN, TRUSTEE,

       Plaintiff,                                               Adv. Proc. No. 17-04648-mar

v.

CHRISTIAN FINANCIAL CREDIT UNION,

       Defendant.
_____/

**CERTIFICATE OF SERVICE**

       I, Jeffrey H. Bigelman of OSIPOV BIGELMAN, P.C., certify that on October 20, 2017, I served a copy of the *Default Judgment Against Defendant, Christian Financial Credit Union*, by first class mail on:

Christian Financial Credit Union
c/o Patty Campbell, President and CEO
18441 Utica Road
Roseville, MI 48066

I certify under penalty of perjury that the foregoing is true and correct.

                                                                **OSIPOV BIGELMAN, P.C.**

Dated: October 20, 2017               /s/ Jeffrey H. Bigelman
                                                   JEFFREY H. BIGELMAN (P61755)
                                                   Attorneys for Trustee/Plaintiff
                                                   20700 Civic Center Drive, Suite 420
                                                   Southfield, MI 48076
                                                   Phone: (248) 663-1800 / Fax: (248) 663-1801
                                                   E-mail: jhb_ecf@osbig.com

Page **1** of **1**

17-04648-mar     Doc 7     Filed 10/20/17     Entered 10/20/17 16:22:19     Page 1 of 1